# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:11CR51 |
| v. | § | |
| | § | |
| H.M. GRIFFIN, JR. (1) | § | |
| TAMIKA LASHON LEONARD (2) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On August 5, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Suppress Evidence (Dkt. 34) and Amended Motion to Suppress (Dkt. 39) be DENIED.

There being no objections by Defendants, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendants' Motion to Suppress Evidence (Dkt. 34) and Amended Motion to Suppress (Dkt. 39) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 8th day of September, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE